# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **Case No.: 2:07-CR-114-VEH-PWG** |
| ) | |
| **HAYZEN TURNER, JR.,** ) | |
| ) | |
| **Defendant.** ) | |

## ORDER ON MOTION TO SUPPRESS

On April 24, 2007, the Defendant filed a Motion to Suppress. (Doc. 15). On May 8, 2007, Magistrate Judge Greene entered a Report and Recommendation recommending that the Motion be denied. (Doc. 24). No objections were filed to the Report and Recommendation.

The court having reviewed the Motion, the Government's Response (Doc. 19), the Magistrate's Report and Recommendation, and any other portions of the file the court deemed relevant, the court is of the opinion that such Report is due to be, and hereby is, **ADOPTED**.  The Motion is **DENIED**.

**DONE** and **ORDERED** this the 2nd day of July, 2007.

                                                  **VIRGINIA EMERSON HOPKINS**
                                                  United States District Judge